## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Meadows Financial Systems, LLC

                              Plaintiff,

v.                                                          Case No.: 1:13−cv−06115

                                                                     Honorable Elaine E. Bucklo

JPMorgan Chase & Co.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2014:

      MINUTE entry before the Honorable Elaine E. Bucklo: Stipulated Motion to dismiss with prejudice and without costs and fees [11] is granted. This case is dismissed with prejudice and all counterclaims are dismissed as moot, subject to the terms of the "Settlement and Patent License Agreement dated 2/12/2014. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.